# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25044-CIV-GAYLES/WHITE

**GARFIELD MORRIS,**

        Petitioner,

v.

**UNITED STATES OF AMERICA,**

        Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report of Magistrate Judge ("the Report") [ECF No. 5]. Petitioner filed a pro se writ of habeas corpus pursuant to 28 U.S.C. § 2255, challenging the constitutionality of his judgment of conviction in Case No. 15-20506-cr-GAYLES. [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 2]. In the Report, Judge White recommends that this Court dismiss this case without prejudice. No party has filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having reviewed the record for clear error, agrees with Judge White's analysis and findings and agrees that the matter must be dismissed.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 5] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Petitioner's habeas petition is **DISMISSED** *without prejudice*.

(3) The certificate of appealability is **DENIED**.

(4) This action shall be **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE